UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Sir Albert Johnson,

    Petitioner,                               Civil No. 07-4910 (RHK/SRN)

vs.                                            **ORDER**

U.S. Parole Commission, et al.

    Respondents.

---

The Court has conducted a de novo review of Magistrate Judge Susan Richard Nelson's January 3, 2008 Report and Recommendation and Petitioner's Objections thereto. Judge Nelson has recommended that the Petition for Writ of Habeas Corpus be denied and the action be dismissed with prejudice.

Based on said de novo review, the Court concludes that Judge Nelson's recommended disposition is supported by the record before her and applicable legal principles. Accordingly, and upon all of the files, records and proceedings herein, **IT IS ORDERED**:

    1. Petitioner's Objections (Doc. No. 6) are **OVERRULED**;

    2. The Report and Recommendation (Doc. No. 4) is **ADOPTED**;

    3. Petitioner's application for a writ of habeas corpus (Doc. No. 1) is **DENIED**;

    4. Petitioner's Motion to Proceed In Forma Pauperis and for Appointment of Counsel (Doc. No. 2) is **DENIED**; and

5.  This action is **DISMISSED WITH PREJUDICE**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**.

Dated:  January 28, 2008

s/Richard H. Kyle<br>
RICHARD H. KYLE<br>
United States District Judge